# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| Mayada Abdulmannan, | * | Case No. 17-00331 |
| | * | Chapter 13 |
| Debtors. | * | |
| | * | |
| Mayada Abdulmannan, | * | |
| 151 Danbury Street | * | Adversary Proceeding No. |
| Washington, DC 20032 | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| | * | |
| Wells Fargo Bank NA | * | |
| 101 North Phillip Avenue | * | |
| Sioux Falls, SD 57104 | * | |
| c/o Specialized Services | * | |
| PO Box 31557 | * | |
| Billings, MT 59107 | * | |
| | * | |
| Respondents. | * | |
| | * | |

## COMPLAINT TO DETERMINE EXTENT OF SECURED LIEN
## AND STATUS OF DEBT UNDER SECTION 506

Mayada Abdulmannan, debtor, by undersigned counsel, Craig W. Stewart, pursuant to 11 U.S.C. §506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure hereby institutes this action against Respondents, Wells Fargo Bank serviced by Land Home Financial Services Inc., for a determination of the extent of the lien held by the defendant and the status of its debt as unsecured against the debtor's real property and improvements known as 151 Danbury Street, SW, Washington, DC 20032, and as grounds therefore respectfully represents that:

1. On June 12, 2017 Mayada Abdulmannan ("the debtor") filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction for this complaint to determine the extent of secured lien and status of debt under Section 506 pursuant to 28 U.S.C. §§ 1334(b), 157(b)(2)(A), (B), (K),(O), 11 U.S.C. §§ 506(a) and (d), 1322(b)(2), and Federal Rule of Bankruptcy Procedure 3012. This is a core proceeding under 28 U.S. Code §157(b).

3. Wells Fargo Bank NA lien holder serviced by Land Home Financial Services holds the

plaintiff's second mortgage, Respondent are in the business of lending money and servicing loans to individuals and does business within the District of Columbia.

4. At the time of the filing of the bankruptcy case, the debtor Mayada Abdulmannan owned and still owns the real property and improvements known as 151 Danbury Street, SW, Washington, DC 20032 ("the subject property"), pursuant to a Deed recorded November 22, 2006 among the Land Records of the District of Columbia at Lot 36 Square 6201 as Instrument #2006166186. (See copy of deed and D.C. assessment notice attached hereto as Exhibit A).

5. Plaintiff/debtor submits that the market value of the subject property is $315,038.00, as determined by an online valuation from the website www.Zillow.com. (Copy of the valuation herein by referenced as Exhibit B).

6. Mortgagor Selene Finance, ("Selene") is a secured creditor of the debtor and is a first lienholder against the subject property. The balance of the first mortgage is $337,970.00, as recited in a statement   June 1, 2017, attached hereto as Exhibit C.

7. The consensual first mortgage lien held by Selene, as described in paragraph 6 above, fully encumbers the market value of the subject property rendering the second mortgage lien held by the defendant Anson Street, LLC, as described in paragraph 7 above, as wholly unsecured and voidable in its entirety pursuant to Johnson v. Asset Management Group, LLC, 226 B.R. 364 (D. Md. 1998).

8. Mortgagor Wells Fargo Bank, serviced by Land Home Financial Services Inc., ("Land Home Financial") is a secured creditor of the debtor and has a second lienholder against the subject property. The balance of the second mortgage is $78,491.41, as recited in a mortgage statement date September , 2014, attached hereto as exhibit D.

9. Plaintiff maintains that defendant's second trust loan is wholly unsecured, pursuant to 11 U.S. Code § 506, and that any claim on said loan is unsecured. Plaintiff further maintains that since the second trust loan of defendants is fully unsecured, pursuant to 11 U.S. Code § 506, the lien must be avoided and removed from the Land Records, provided that the Chapter 13 plan is confirmed by the Court and the plaintiff/debtor obtains a discharge.

10. The debtor's plan of reorganization will propose that the lien held by the defendant be avoided and canceled and that the defendant shall be treated as holding a non-priority unsecured debt in the amount of the former lien and entitled to receive a distribution thereon under the plan.

  WHEREFORE, Mayada Abdulmannan, plaintiff/debtor, respectfully requests that this Honorable Court:

1. Determine the second mortgage lien and secured claim held by defendant Wells Fargo Bank serviced by Land Home Financial Services Inc. against the debtor's real property and improvements known as 151 Danbury Street, SW, Washington, DC 20032 to be $0.00;

2. Determine the debt owed to second mortgagee lienholder defendant Wells Fargo Bank serviced by Land Home Financial Services Inc., to be unsecured in its entirety;

3. Upon entry of a discharge pursuant to 11 U.S.C. §1328, avoid and cancel the lien of record held by defendant Wells Fargo Bank serviced by Land Home Financial Services Inc. against the debtor's real property and improvements known as 151 Danbury Street, SW, Washington, DC 20032, and appoint a trustee to act on behalf of Defendant Wells Fargo Bank serviced by Land Home Financial Services Inc. to execute any document necessary to release such lien; and

4. Award to the plaintiff/debtor such other and further relief as is just and proper.

Respectfully submitted,

/s/ Craig W. Stewart
Craig W. Stewart (15113)
Attorneys for Debtor
Law Office of Laura Margulies &
Associates, LLC
6205 Executive Blvd.
Rockville, MD 20852
craig@law-margulies.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2017 a copy of the foregoing Complaint To Determine Extent Of Secured Lien And Status Of Debt Under Section 506 was sent via ECF to the Chapter 13 Trustee and by first class mail, postage prepaid to:

Timothy J. Sloan, CEO & President **
Wells Fargo Bank, National Association
101 N Phillips AVE
Sioux Falls SD, 57104

Wells Fargo Bank, National Association
CSC-Lawyers Incorporating Service Company
7 ST. Paul Street
Suite 820
Baltimore MD, 21202

Brad Waite, President **
Land Home Financial Services, INC.

Suite 250
1355 Willow Way
Concord CA, 94520

Land Home Financial Services, INC.
CSC-Lawyers Incorporating Service Company
7 ST. Paul Street
Suite 820
Baltimore MD, 21202

*Served by certified mail

                                                              /s/ Craig W. Stewart
                                                              Craig W. Stewart

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
| Mayada Abdulmannan, | * | Case No. 17-00331 |
| | * | Chapter 13 |
| Debtors. | * | |
| | * | |
| Mayada Abdulmannan, | * | |
| 151 Danbury Street | * | Adversary Proceeding No. |
| Washington, DC 20032 | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| | * | |
| Wells Fargo Bank NA | * | |
| 101 North Phillip Avenue | * | |
| Sioux Falls, SD 57104 | * | |
| c/o Specialized Services | * | |
| PO Box 31557 | * | |
| Billings, MT 59107 | * | |
| | * | |
| Respondents. | * | |
| | * | |

**ORDER TO AVOID LIEN ON REAL PROPERTY**

Upon request of the debtor for relief by default, and good cause appearing therefore, the complaint of the above-named debtor Mayada Abdulmannan to avoid the second lien of defendant Wells Fargo Bank NA, Serviced by Land Home Financial Services, Inc. is sustained.

It is hereby ORDERED AND DECREED THAT THE second lien held by Wells Fargo Bank NA, Serviced by Land Home Financial Services, Inc., securing the property at 151 Danbury Street, SW, Washington, DC 20032, pursuant to a Deed recorded November 22, 2006 among the Land Records of the District of Columbia at Lot 36 Square 6201 as Instrument #2006166186, be and is hereby deemed wholly unsecured, and it is further

ORDERED, that at such time as a discharge Order is entered pursuant to 11 U.S.C. §1328 in this case, the lien held in favor of Wells Fargo Bank NA, Serviced by Land Home Financial Services, Inc, who holds a second lien in the amount of $78,491.41,, which was recorded among the Land Records of the District of Columbia shall be void; and it is further

ORDERED, that the claim of the aforementioned Defendant herein shall be treated as a general unsecured claim under the debtor's Chapter 13 plan.

cc:

Chapter 13 Trustee

Craig W. Stewart, Esq.
6205 Executive Blvd.
Rockville, MD 20852

Mayada Abdulmannan
151 Danbury Street
Washington, DC 20032

Timothy J. Sloan, CEO & President **
Wells Fargo Bank, National Association
101 N Phillips AVE
Sioux Falls SD, 57104

Wells Fargo Bank, National Association
CSC-Lawyers Incorporating Service Company
7 ST. Paul Street
Suite 820
Baltimore MD, 21202

Brad Waite, President **
Land Home Financial Services, INC.

Suite 250
1355 Willow Way
Concord CA, 94520

Land Home Financial Services, INC.
CSC-Lawyers Incorporating Service Company
7 ST. Paul Street
Suite 820
Baltimore MD, 21202

END ORDER

After Recorded Return to:
Commerce Title Company
15890 Gaither Dr.
Gaithersburg, MD 20877

File No: **707953** (ER)

## SPECIAL WARRANTY DEED

**THIS DEED** made this **22nd day of November 2006**, by and between **Centex Homes, a Nevada General Partnership**, Grantor, and **Mayada Abdulmannan and Asma Abdelhafiz**, Grantee.

**Witnesseth** that in consideration of **THREE HUNDRED NINETY THREE THOUSAND TWO HUNDRED SIXTY FIVE DOLLARS** ($393,265.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, the said Grantor does grant and convey unto the Grantee as joint tenants with Special Warranty of Title, in fee simple, all that piece or parcel of ground, situate, lying and being in the District of Columbia, and being described as follows:

**Subject to** encumbrances, easements, covenants, conditions, and restrictions of record.

**Together** with the buildings and improvements thereupon, erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances, advantages, to the same belonging or in anywise pertaining.

**And** the said Grantor covenants that it will warrant specially the property hereby conveyed and that it will execute further assurance of said land as may be requisite.

**In Witness Whereof,** Centex Homes has caused this instrument to be executed in its name by its general partner the day and year first above written.

Corporate Seal
(seal can be drawn)

Attest: _____
(Assistant) Secretary

Centex Homes, a Nevada General Partnership

By: _____*Paul Olimpio*_____
Paul Olimpio, Controller Maryland Division

LT1-5-2006166185-1

LT2-0-0-3

(District of Columbia - Special)                                                                809



LIST FOR RENT   ♡ SAVE   ✉ SHARE   ⊘ HIDE   MORE ▾         ⤢ EXPAND   ✕ CLOSE

Washington D.C. · Washington · 20032 · Bellevue · 151 Danbury St Southwest   EXHIBIT B



# 151 Danbury St SW, Washington, DC 20032

3 beds · 3.5 baths · 1,152 sqft

**OFF MARKET**

Zestimate®: $315,038
I disagree

Rent Zestimate®: $2,100 /mo

### Is this your rental?

Get a monthly local market report with comparable rentals in your area.

○ I own and manage this rental

○ I manage this

## Home Shoppers are Waiting

 Ask an agent about market conditions in your neighborhood.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 151

Or call 240-392-6057 for more info

To: Marco and Craig Stewart    Page 8 of 43    2017-06-22 22:22:07 (GMT)    12024033753 From: Metro Capitolist LLC

EXHIBIT C

# SELENE FINANCE
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

**Mortgage Statement**
Statement Date: 05/17/2017

If you have questions or concerns about your statement or account, please contact us at (877) 735-3637 between the hours of 8:00am to 5:00pm CT Monday through Friday or you can contact us at www.selenefinance.com.
Hearing impaired call 711 or (800) 735-2989.



0-755-52776-0001037-001-1-000-010-000-000
ASMA ABDELHAFIZ
151 DANBURY ST SW
WASHINGTON DC 20032-2220

| Account Number | 0010127405 |
|---|---|
| Payment Due Date | 06/01/2017 |
| **Amount Due** | **$139,298.02** |

If payment is received after 06/17/2017, a maximum of $78.28 late fee may be charged.

**Property Address:**
151 DANBURY ST
WASHINGTON DC 20032

## Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $337,970.58 |
| Deferred Principal Balance | $6,741.40 |
| Escrow Balance | -$35,470.52 |
| Interest Rate | 2.00000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. Your loan has been past due since 07/02/2010. As of 05/17/2017, you are 2542 days delinquent on your mortgage loan.

*Recent Account History*
- Payment Due 12/1/2016 Unpaid balance of $1,823.90
- Payment Due 1/1/2017 Unpaid balance of $1,823.90
- Payment Due 2/1/2017 Unpaid balance of $1,823.90
- Payment Due 3/1/2017 Unpaid balance of $1,823.90
- Payment Due 4/1/2017 Unpaid balance of $1,823.90
- Payment Due 5/1/2017 Unpaid balance of $1,823.90
- Current Payment Due 06/01/2017: $1,823.90
- Total $139,298.02 due. You must pay this amount to bring your loan CURRENT*.

*If your loan is in foreclosure, you may have additional fees due. Call for a reinstatement quote.

If you are Experiencing Financial Difficulty: See back for information about mortgage counseling assistance.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $316.22 |
| Interest | $1,252.42 |
| Escrow (For Taxes and/or Insurance) | $258.26 |
| **Regular Monthly Payment** | **$1,823.90** |
| Total Late Fees and Other Charges | $1,036.20 |
| Corporate Advances | $7,717.53 |
| Past Due Amount | $128,720.39 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$139,298.02** |

## Past Payments Breakdown

| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Corporate Advance | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (04/18/2017 - 05/17/2017)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 04/18/17 | Insurance Paid | $0.00 | $0.00 | -$95.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$95.69 |
| 04/21/17 | Misc FC/BK Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.00 | $0.00 | $12.00 |
| 04/21/17 | Insurance Paid | $0.00 | $0.00 | -$95.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$95.69 |
| 04/24/17 | Insurance Paid | $0.00 | $0.00 | -$95.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$95.69 |

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

SELENE®

AFTER RECORDING RETURN TO:
Commerce Title
15890 Gaither Drive
Gaithersburg, MD 20877

707953  1st lien


Purchase Money

[Space Above This Line For Recording Data]

126400765

# DEED OF TRUST

MIN  100015901264007659

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated     11/22/2006    , together with all Riders to this document.

(B) "Borrower" is
ASMA ABDELHAFIZ JOINED BY
MAYADA ABDULMANNAN



Borrower's address is   8511 60TH PLACE
BERWYN HEIGHTS, MARYLAND 20740     . Borrower is the trustor under this Security Instrument.

(C) "Lender" is
           CTX MORTGAGE COMPANY, LLC
Lender is a   A LIMITED LIABILITY COMPANY
organized and existing under the laws of   THE STATE OF DELAWARE
Lender's address is   2828 NORTH HARWOOD
                     DALLAS, TX  75201-1516

(D) "Trustee" is
     STEVEN B. GOULD OF BROWN & GOULD, LLP
Trustee's address is
     4550 MONTGOMERY AVE., STE. 903N, BETHESDA, MD  20814

DISTRICT OF COLUMBIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS

CTX06A(DC) (0205).02    Form 3009  1/01
                        (rev. 5/02)

Page 1 of 15

VMP Mortgage Solutions, Inc.




see

EXHIBIT D

Land Home Financial Services, Inc.
Customer Service: (877) 557-9042
lhservicing@lhfs.com
NMLSR ID: 1796

**Mortgage Statement**
Statement Date: 8/27/2014

| Account Number | 5465012621 |
|---|---|
| Payment Due Date | 9/1/2014 |
| Amount Due | $43,074.70 |

If payment is received after 9/16/14, $31.06 late fee will be charged.

ASMA ABDELHAFIZ
8511 60TH PL
BERWYN HEIGHTS MD  20740

### Account Information

| | |
|---|---|
| Outstanding Principal | $78,491.41 |
| Interest Rate | 8.75% |
| Prepayment Penalty | No |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $79.96 |
| Interest | $541.16 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Monthly Payment | $621.12 |
| Total Fees and Charges | $31.06 |
| Overdue Payment | $42,422.52 |
| Total Amount Due | $43,074.70 |

To request information or to assert an error, you must contact us in writing at the following address:
3330 Harbor Blvd
3rd Floor
Irvine CA 92626

### Transaction Activity (8/2/2014 to 8/26/2014)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 8/19/2014 | Late Charge Assess (because full payment not received by 08/16/2014) | $31.06 | |

---

Detach Here

Land Home Financial Services, Inc.
PO BOX 25164
Santa Ana, CA 92799-5164

ASMA ABDELHAFIZ

Property Address:
151 DANBURY ST
WASHINGTON DC  20032

Loan ID: 5465012621

**Mortgage Payment Coupon**

| Amount Due | |
|---|---|
| Due By 9/1/2014: $31.06 late fee will be charged after 09/16/2014 | $43,074.70 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | |

Make check payable to Land Home Financial Services, Inc.

Land Home Financial Services, Inc.
Customer Service: (877) 557-9042
lhservicing@lhfs.com
NMLSR ID: 1796

ASMA ABDELHAFIZ
8511 60TH PL
BERWYN HEIGHTS MD 20740

**Mortgage Statement**
Statement Date: 8/27

| | |
|---|---|
| Account Number | 5465012... |
| Payment Due Date | 9/1/20... |
| Amount Due | $43,074.7... |

If payment is received after 9/18/14, $31.06 late fee will be charged.

### Account Information

| | |
|---|---|
| Outstanding Principal | $76,491.41 |
| Interest Rate | 8.75% |
| Prepayment Penalty | No |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $79.96 |
| Interest | $541.16 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Monthly Payment | $621.12 |
| Total Fees and Charges | $31.06 |
| Overdue Payment | $42,422.52 |
| Total Amount Due | $43,074.70 |

To request information or to assert an error, you must contact us in writing at the following address:
3330 Harbor Blvd
3rd Floor
Irvine CA 92626

### Transaction Activity (8/2/2014 to 8/26/2014)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 8/19/2014 | Late Charge Assess (because full payment not received by 08/16/2014) | $31.06 | |

---

Detach Here

Land Home Financial Services, Inc.
PO BOX 25164
Santa Ana, CA 92799-5164

ASMA ABDELHAFIZ
Property Address:
151 DANBURY ST
WASHINGTON DC 20032

Loan ID: 5465012621

**Mortgage Payment Coupon**

| Due By 9/1/2014: | Amount Due |
|---|---|
| $31.06 late fee will be charged after 09/16/2014 | $43,074.70 |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | |

Make check payable to Land Home Financial Services, Inc.

LT2-0-0-15

2nd Lien 

AFTER RECORDING RETURN TO:
Commerce Title
15890 Gaither Drive
Gaithersburg, MD 20877

707953S

This Instrument Prepared by:
Wells Fargo Bank, N.A.
JENNIFER SMITH
DOC PREP
ONE HOME CAMPUS, MAC X 2303-01
DES MOINES, IOWA 50328
888-934-3669

LT1-5-2006166187-1

Purchase Money

[Space Above This Line For Recording Data]

Reference: 20063183615595    Account number: 650-650-3927886-0XXX

# DEED OF TRUST

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined elsewhere in this document. Certain rules regarding the usage of words used in this document are also provided in Section 14.

(A) "**Security Instrument**" means this document, which is dated **NOVEMBER 22, 2006**, together with all Riders to this document.
(B) "**Borrower**" is **ASMA ABDELHAFIZ AND MAYADA ABDULMANNAN, JOINT TENANTS**. Borrower is the trustor under this Security Instrument.
(C) "**Lender**" is **Wells Fargo Bank, N.A.**. Lender is a national bank organized and existing under the laws of United States. Lender's address is **101 North Phillips Avenue, Sioux Falls, SD 57104**. Lender is the beneficiary under this Security Instrument.
(D) "**Trustee**" is **Wells Fargo Financial National Bank**. Trustee's address is **c/o Specialized Services, PO Box 31557 Billings, MT 59107**.
(E) "**Debt Instrument**" means the promissory note signed by Borrower and dated **NOVEMBER 22, 2006**. The Debt Instrument states that Borrower owes Lender **SEVENTY-EIGHT THOUSAND SIX HUNDRED FIFTY-THREE AND 00/100THS** Dollars (U.S. $ **78,653.00**) plus interest. Borrower has promised to pay this debt in one or more regular Periodic Payments and to pay the debt in full not later than **DECEMBER 06, 2021**.
(F) "**Property**" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "**Loan**" means all amounts owed now or hereafter under the Debt Instrument, including without

DISTRICT OF COLUMBIA-CLOSED-END SECURITY INSTRUMENT    *(page 1 of 15 pages)*
HCWF#44v5 (5/31/05)    *Documents Processed 11-21-2006, 13:06:07*

